UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SAMUEL MILLER AND MICHELLE HINKLE, on their own behalf and on behalf of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 4:18-cv-00064-JVB-APR |
| vs. | ) ) ) |
| COLLEGE CHEFS, LLC, | ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice. The Court, being duly advised, hereby **GRANTS** the same pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court further orders that Plaintiffs' claims and all other claims in this lawsuit be and hereby are dismissed, in their entirety, with prejudice.

SO ORDERED on April 8, 2019.

  s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE